IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MAXIMILIANO VALDES,

    Petitioner,

v.                                                                            CASE NO. 1:05-cv-00188-MP-AK

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
ALBERTO GONZALES,
DAVID HARVEY,
MICHAEL ROZOS,
DAVID WING,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Maximiliano Valdes. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2.  Petitioner shall have until **December 30, 2005**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

**3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *29th* day of November, 2005.

 s/ *A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 1:05-cv-00188-MP-AK*