IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MAXIMILIANO VALDES,

    Petitioner,

v.                                                   CASE NO. 1:05-cv-00188-MP-AK

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
ALBERTO GONZALES,
DAVID HARVEY,
MICHAEL ROZOS,
DAVID WING,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendations of the Magistrate Judge, recommending that the motion to dismiss be granted and the petition for writ of habeas corpus be dismissed as moot. Objections to Report and Recommendation were due by April 18, 2006, but none were filed. Indeed, it is evident that petitioner has been released (which was the relief requested in the habeas petition) and has not provided the Court with a forwarding address. Thus, this case is properly dismissed as moot and for failure to keep the Court apprised of his correct address. It is therefore

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *8th*   day of May, 2006

                                *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge